IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EMERSON WESTLAKE**                                                                                  **PLAINTIFF**

v.                                           Case No: 4:25-CV-00562-LPR

**DOE, et al.**                                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 27th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE